In the Matter of HERMAN G. FRIEDMANN, an Attorney.— Reference ordered before Hon. John W. Goff, official referee. Respondent may, if he desires, file an amended answer within another twenty days from date. Settle order on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of JOHN MCGREGOR, an Attorney.— Reference ordered before Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

In the Matter of LOUIS FRIDIGER, an Attorney.— Reference ordered before Hon. John W. Goff, official referee. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

J. LAWRENCE GREENFIELD and Another, Respondents, v. FORDHAM HEIGHTS REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Smith and Page, JJ., dissenting.

In the Matter of the Application of REGINALD CONNOR to Cancel the Enrollment of BERNARD I. LIPSHAY, etc., as an Enrolled Member of the Democratic Party.— Order affirmed, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of the Objections of REGINALD CONNOR to the Papers Purporting to Be a Petition of Designation for Member of State Committee, Democratic Party, etc.— Order affirmed, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.